1100

No. 99-1586. Holt v. United States. C. A. Armed Forces. Certiorari denied.

No. 99-7110. Richard v. United States. C. A. 8th Cir. Certiorari denied.

No. 99-7207. Sheppard v. Painter, Warden. C. A. 4th Cir. Certiorari denied.

No. 99-7239. Fischler v. United States. C. A. 11th Cir. Certiorari denied.

No. 99-7716. Cody v. United States. C. A. 6th Cir. Certiorari denied.

No. 99-7968. Richardson v. Say et al. Ct. App. La., 2d Cir. Certiorari denied.

No. 99-8050. Steele v. Allison, Director, Orange County Correctional Facility. C. A. 11th Cir. Certiorari denied.

No. 99-8162. Guzman v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99-8290. Ryan v. Nebraska. Sup. Ct. Neb. Certiorari denied.

No. 99-8406. Kessler v. Brown & Williamson Tobacco Corp. et al. C. A. 10th Cir. Certiorari denied.

No. 99-8407. Liggins v. B. T. Office Products. C. A. 8th Cir. Certiorari denied.

No. 99-8419. Miles v. Dunnigan et al. C. A. 6th Cir. Certiorari denied.

No. 99-8420. Linton v. Sullivan et al. C. A. 6th Cir. Certiorari denied.

No. 99-8428. Scott v. Miller, Superintendent, Eastern New York Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 99-8432. Winkle v. Oakland Jockey Club. C. A. 8th Cir. Certiorari denied.